**WuXi PharmaTech (Cayman) Inc. (WX)**               **Altimeo Asset Management ("Altimeo")**

**List of Purchases and Sales**

| Date | Purchase or Sale | Number of Shares/Unit | Price Per Share/Unit |
|---|---|---|---|
| 5/26/2015 | Purchase | 4,000 | $43.0060 |
| 5/27/2015 | Purchase | 900 | $42.8900 |
| 5/29/2015 | Purchase | 4,075 | $43.0438 |
| 6/1/2015 | Purchase | 8,500 | $42.8624 |
| 6/4/2015 | Purchase | 3,000 | $43.0033 |
| 6/16/2015 | Purchase | 13,291 | $43.0198 |
| 6/17/2015 | Purchase | 11,000 | $42.9644 |
| 6/26/2015 | Purchase | 12,000 | $42.9350 |
| 6/29/2015 | Purchase | 18,000 | $41.5530 |
| 7/6/2015 | Purchase | 17,200 | $39.5362 |
| 8/28/2015 | Purchase | 4,200 | $42.1986 |
| 8/31/2015 | Purchase | 1,400 | $42.2339 |
| 9/25/2015 | Purchase | 3,000 | $43.1396 |
| 9/28/2015 | Purchase | 4,000 | $43.0080 |
| 9/29/2015 | Purchase | 3,490 | $42.9948 |
| 10/1/2015 | Purchase | 4,000 | $43.0185 |
| 10/8/2015 | Purchase | 9,000 | $44.0413 |
| 10/12/2015 | Purchase | 8,700 | $44.0766 |
| 10/13/2015 | Purchase | 1,300 | $44.0550 |
| 10/15/2015 | Purchase | 7,346 | $44.1164 |
| 10/16/2015 | Purchase | 400 | $44.1100 |
| 10/20/2015 | Purchase | 600 | $44.3433 |
| 10/21/2015 | Purchase | 13,800 | $44.5214 |
| 10/28/2015 | Purchase | 400 | $44.6100 |
| 11/3/2015 | Purchase | 5,000 | $44.7400 |
| 11/9/2015 | Purchase | 10,000 | $44.8893 |
| 12/10/2015 | Purchase | 121,112 | $45.8907 |
| 7/9/2015 | Sale | 3,000 | $39.6900 |
| 7/10/2015 | Sale | 12,000 | $40.7566 |
| 7/13/2015 | Sale | 2,200 | $41.5967 |