AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Southern District of New York

| ALTIMEO ASSET MANAGEMENT, | ) | |
|---|---|---|
| *Plaintiff* | ) | |
| v. | ) | Case No. 19-CV-1654 |
| WUXI PHARMATECH (CAYMAN) INC., et al. | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To:    The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Plaintiff Altimeo Asset Management.

Date: 02/21/2019

/s/ J. Alexander Hood II
*Attorney's signature*

J. Alexander Hood II
*Printed name and bar number*

POMERANTZ LLP
600 Third Avenue, Floor 20
New York, New York 10016

*Address*

ahood@pomlaw.com
*E-mail address*

(212) 661-1100
*Telephone number*

(917) 463-1044
*FAX number*