UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ALTIMEO ASSET MANAGEMENT, Individually and On Behalf of All Others Similarly Situated,<br><br>　　　　　　　　　　Plaintiff,<br><br>　　　v.<br><br>WUXI PHARMATECH (CAYMAN) INC., GE LI, EDWARD HU, NING ZHAO, XIAOZHONG LIU, ZHAOHUI ZHANG, NEW WUXI LIFE SCIENCE HOLDINGS LIMITED, NEW WUXI LIFE SCIENCE LIMITED, WUXI MERGER LIMITED, G&C PARTNERSHIP L.P., ABG II-WX LIMITED, BOYU CAPITAL FUND II, L.P., HILLHOUSE CAPITAL FUND II, L.P., PING AN LIFE INSURANCE COMPANY OF CHINA. LTD., TEMASEK LIFE SCIENCES PRIVATE LIMITED, G&C IV LIMITED, YINFU CAPITAL MANAGEMENT CO., YUNFENG II WX LIMITED, SEQUOIA CAPITAL CHINA GROWTH FUND III, L.P., CONSTANT CYPRESS LIMITED, and SPDB INTERNATIONAL HOLDINGS LIMITED,<br><br>　　　　　　　　　　Defendants. | Case No.  1:19-cv-01654-AJN<br><br>CLASS ACTION |

**NOTICE OF VOLUNTARY DISMISSAL AS TO DEFENDANTS NEW WUXI LIFE
SCIENCE HOLDINGS LIMITED, NEW WUXI LIFE SCIENCE LIMITED,
AND WUXI MERGER LIMITED**

WHEREAS Defendants New Wuxi Life Science Holdings Limited, New Wuxi Life

Science Limited, and Wuxi Merger Limited have not served an answer or motion for summary

judgment in the above-captioned action, *Altimeo Asset Management v. WuXi PharmaTech (Cayman)*

{00335205;1 }

*Inc., et al.*, No. 19-cv-01654, brought before the United States District Court for the Southern District of New York;

NOTICE IS HEREBY GIVEN that, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A), Lead Plaintiff Altimeo Asset Management hereby voluntarily dismisses the above-captioned action, without prejudice, solely as to Defendants New Wuxi Life Science Holdings Limited, New Wuxi Life Science Limited, and Wuxi Merger Limited.

| | |
|---|---|
| Dated:  July 26, 2019 | **POMERANTZ LLP** |
| | By: */s/ Michael Grunfeld* |
| | Jeremy A. Lieberman |
| | Michael Grunfeld |
| | 600 Third Avenue, 20th Floor |
| | New York, New York 10016 |
| | Telephone: (212) 661-1100 |
| | Fax: (212) 661-8665 |
| | Email: jalieberman@pomlaw.com |
| | Email: mgrunfeld@pomlaw.com |
| | |
| | *Lead Counsel for Lead Plaintiff Altimeo Asset Management and the Proposed Class* |