**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------X
Altimeo Asset Management,

                    Plaintiff,

-against-　　　　　　　　　　　　　　19 **CIVIL** 1654 (AJN)

**JUDGMENT**

WuXi Pharma Tech (Cayman) Inc., et al.,

                    Defendants.
-------------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated October 14, 2020, Altimeo has failed to plead any material misrepresentations or omissions as required to state a claim under § 10(b) and Rule 10b-5, and has therefore failed to establish a primary violation necessary for liability under § 20A or § 20(a). The motions to dismiss (Dkt. Nos. 53, 54) are GRANTED and all claims are dismissed with prejudice; accordingly, this case is closed.

**Dated:**  New York, New York

      October 14, 2020

                                              **RUBY J. KRAJICK**

                                              **Clerk of Court**

                         **BY:**     *K. Mango*

                                              **Deputy Clerk**