UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ALTIMEO ASSET MANAGEMENT, Individually and On Behalf of All Others Similarly Situated,<br><br>　　　　　　　　Plaintiff,<br>　　　　v.<br><br>WUXI PHARMATECH (CAYMAN) INC., GE LI, EDWARD HU, NING ZHAO, XIAOZHONG LIU, ZHAOHUI ZHANG, NEW WUXI LIFE SCIENCE HOLDINGS LIMITED, NEW WUXI LIFE SCIENCE LIMITED, WUXI MERGER LIMITED, G&C PARTNERSHIP L.P., ABG II-WX LIMITED, BOYU CAPITAL FUND II, L.P., HILLHOUSE CAPITAL FUND II, L.P., PING AN LIFE INSURANCE COMPANY OF CHINA. LTD., TEMASEK LIFE SCIENCES PRIVATE LIMITED, G&C IV LIMITED, YINFU CAPITAL MANAGEMENT CO., YUNFENG II WX LIMITED, SEQUOIA CAPITAL CHINA GROWTH FUND III, L.P., CONSTANT CYPRESS LIMITED, and SPDB INTERNATIONAL HOLDINGS LIMITED,<br><br>　　　　　　　　Defendants. | Case No.:  1:19-cv-01654-AJN<br><br>**STIPULATION CONCERNING DISSMISAL OF ACTION** |

　　　　WHEREAS plaintiff Altimeo Asset Management ("Altimeo") filed its Class Action Complaint herein on February 21, 2019 ("Complaint," Dkt. No. 1);

　　　　WHEREAS Altimeo was appointed Lead Plaintiff herein ("Lead Plaintiff") by order entered May 28, 2019 (Dkt. No. 12);

WHEREAS the Court issued its Opinion & Order and Judgment granting Defendants WuXi PharmaTech (Cayman) Inc., Ge Li, Xiaozhong Liu, Zhaohui Zhang, Ning Zhao, Edward Hu, Boyu Capital Fund II, L.P., G&C IV Limited, G&C Partnership L.P., Hillhouse Capital Fund II, L.P., Ping An Life Insurance Company of China, Ltd., Sequoia Capital China Growth Fund III, L.P., and Temasek Life Sciences Private Limited's (collectively, "Defendants") motions to dismiss all claims with prejudice (the "Opinion & Order and Judgment," Dkt. Nos. 74-75);

IT IS HEREBY STIPULATED AND AGREED, by and between the attorneys for the undersigned parties, that:

1. Lead Plaintiff agrees not to appeal the Opinion & Order and Judgment;

2. Each party will bear its own attorney's fees and costs;

3. Pursuant to the Private Securities Litigation Reform Act, each party and each attorney representing any party have complied with the requirements of Rule 11(b) of the Federal Rules of Civil Procedure as to all complaints, responsive pleadings, and dispositive motions. 15 U.S.C. § 78u-4(c)(1).

Respectfully submitted,

Dated: October 28, 2020

**POMERANTZ LLP**

By: */s/ Michael Grunfeld*
Jeremy A. Lieberman
Michael Grunfeld
600 Third Avenue, 20th Floor
New York, New York 10016
Telephone: (212) 661-1100
Facsimile: (212) 661-8665
Email: jalieberman@pomlaw.com
Email: mgrunfeld@pomlaw.com

*Lead Counsel for Lead Plaintiff and the Proposed Class*

| | |
|---|---|
| Dated:  October 28, 2020 | **WILSON SONSINI GOODRICH & ROSATI**<br>Professional Corporation<br><br>By: */s/ Gideon A. Schor*<br>Gideon A. Schor<br>1301 Avenue of the America, 40th Floor<br>New York, New York 10019<br>Telephone:  (212) 497-7753<br>Facsimile:  (212) 999-5899<br>Email:  gschor@wsgr.com<br><br>Ignacio E. Salceda (admitted *pro hac vice*)<br>650 Page Mill Road<br>Palo Alto, California 94304<br>Telephone:  (650) 493-9300<br>Facsimile:  (650) 565-5100<br>Email:  isalceda@wsgr.com<br><br>*Attorneys for Defendants WuXi PharmaTech (Cayman) Inc., Ge Li, Xiaozhong Liu, Zhaohui Zhang, Ning Zhao, Edward Hu, Boyu Capital Fund II, L.P., G&C IV Limited, G&C Partnership L.P., Hillhouse Capital Fund II, L.P., Ping An Life Insurance Company of China, Ltd., and Sequoia Capital China Growth Fund III, L.P.* |
| Dated:  October 28, 2020 | **CLEARY GOTTLIEB STEEN & HAMILTON LLP**<br><br>By: */s/ Roger A. Cooper*<br>Roger A. Cooper (racooper@cgsh.com)<br>Rahul Mukhi (rmukhi@cgsh.com)<br>E. Pascale Bibi (pbibi@cgsh.com)<br>One Liberty Plaza<br>New York, New York 10006<br>Telephone: (212) 225-2000<br>Facsimile: (212) 225-3999<br><br>*Attorneys for Defendant Temasek Life Sciences Private Limited* |